IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHNNIE NELL JONES, JR., )
)
    Petitioner, )
v. ) Civil Action No. 3:14CV343–HEH
)
COMMONWEALTH OF VIRGINIA, )
)
    Respondent. )

FILED
JUL 1 0 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## FINAL ORDER
**(Adopting Report and Recommendation and Dismissing Action)**

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Jones's objections are OVERRULED.
2. The Report and Recommendation is ACCEPTED and ADOPTED.
3. The Motion to Dismiss (ECF No. 13) is GRANTED.
4. Jones's claims and the action are DISMISSED.
5. The Court DENIES a certificate of appealability.

Should Jones desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Final Order to Jones.

It is so ORDERED.

                                                      /s/
                                       Henry E. Hudson
Date: Jul 9, 2015            United States District Judge
Richmond, Virginia